IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-031-MOC-DCK

| | |
|---|---|
| PAMELA WYKS, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| PFIZER INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed by Stephen D. Martin, concerning Mark S. Cheffo on February 24, 2014. Mr. Mark S. Cheffo seeks to appear as counsel *pro hac vice* for Defendant Pfizer Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) is **GRANTED**. Mr. Mark S. Cheffo is hereby admitted *pro hac vice* to represent Defendant Pfizer Inc.

**SO ORDERED**.

Signed: February 25, 2014

David C. Keesler
United States Magistrate Judge